**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 5, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

LEMICH TAJON RIDDLE,

    Defendant - Appellant.

No. 25-1027
(D.C. No. 1:23-CR-00051-RMR-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]
_____

This matter is before the court on the parties' _Joint Motion to Remand for Resentencing_, which requests that this court remand this case to the district court for de novo resentencing of Defendant Lemich Tajon Riddle.

Upon consideration, the joint motion to remand for resentencing is granted.

This matter is remanded to the district court for resentencing of Mr. Riddle and to conduct any and all proceedings that are necessary and appropriate in accordance with the parties' joint motion to remand for resentencing.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on the parties' joint motion to remand to the district court, the panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. _See_ Fed. R. App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore submitted without oral argument.

This appeal is dismissed. The mandate shall issue forthwith.

Entered for the Court

Per Curiam